UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3641**

Case Title: **Energy Transfer LP** vs. **U.S. Environmental Protection Agency**

List all clients you represent in this appeal:

**U.S. Environmental Protection Agency**
**Michael S. Regan, Administrator**

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee   ☑ Respondent   ☐ Intervenor          (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Zoe B. Palenik**   Signature: s/ **Zoe B. Palenik**

Firm Name: **U.S. Department of Justice, Environmental Defense Section**

Business Address: **P.O. Box 7611**

City/State/Zip: **Washington, DC 20044-7611**

Telephone Number (Area Code): **(202) 307-1034**

Email Address: **Zoe.Palenik@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.