UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-3641**

Case Title: **Energy Transfer, LP** vs. **EPA, et al.**

List all clients you represent in this appeal:

**Appalachian Mountain Club and Sierra Club**

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☑ Intervenor                   (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Neil Gormley**     Signature: s/ **Neil Gormley**

Firm Name: **Earthjustice**

Business Address: **1001 G Street NW, Suite 1000**

City/State/Zip: **Washington, D.C. 20001**

Telephone Number (Area Code): **(202) 797-5239**

Email Address: **ngormley@earthjustice.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---